UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALVARADO,

        Plaintiff,

        Case No. 09-cv-14312

        Paul D. Borman
        United States District Judge

v.

        Mona K. Majzoub
        United States Magistrate Judge

OAKLAND COUNTY,
et al.,

        Defendants.
_____/

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS

Before the Court is Magistrate Judge Mona K. Majzoub's January 24, 2011 Report and Recommendation denying Plaintiff's Motion to Sanction Defendants for Engaging in Harassing and Otherwise Improper Ex Parte Communications with Plaintiff's Expert Witness (Dkt. No. 64.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. No. 64), and DENIES Plaintiff's Motion to Sanction Defendants for Engaging in Harassing and Otherwise Improper Ex Parte Communications with Plaintiff's Expert Witness (Dkt. No. 16).

**IT IS SO ORDERED.**

Dated: 3-28-11

                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE